FANNIE LINGAKIS, an Infant, by THOMAS LINGAKIS, Her Guardian ad Litem, and THOMAS LINGAKIS, Individually, Appellants, v. EAST BROOKLYN SAVINGS BANK, Respondent.— Action by the infant plaintiff to recover damages for personal injuries sustained when she slipped and fell at the entrance of defendant's multiple dwelling, wherein her parents were tenants, and by her father for loss

of services and medical expenses. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.